**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

S.K.P.,                      :    No. 883 MAL 2017

         Respondent       :

                     :    Petition for Allowance of Appeal from
                     :    the Order of the Superior Court

       v.                  :

K.M.P.,                     :

         Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.